UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MANUEL DE JESUS, on behalf of himself and
others similarly situated,

                      Plaintiff,

            - against -

SEA CREST DINER- RESTAURANT.
SEACREST PALACE DINER INC., PEDRO
FEROFINO and JOSE FLORES,

                      Defendants.
----------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 17-00275 (ADS) (SIL)

      A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on December 6, 2018; adopting in its entirety the May 7, 2018 Report and Recommendation of United States Magistrate Judge Steven I. Locke; granting in part and denying in part the Plaintiff's motion for a default judgment; granting the motion as to the Plaintiff's Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") overtime and minimum wage claims as well as his NYLL wage statement cause of action; denying the Plaintiff's motion with respect to his NYLL spread of hour claim; dismissing the claims against Jose Flores without prejudice; awarding the Plaintiff (i) $47,252.00 in compensatory damages, (ii) $47,252.00 in liquidated damages; (iii) $5,000.00 for Defendants' failure to provide wage statements under NYLL 195(3); and (iv) $13,467.40 in prejudgment interest, with interest accruing at a daily rate of $11.65 until judgment is entered, and the Clerk of Court having calculated that amount to be $2,632.90; and awarding the Plaintiff $37,280.56 in attorneys' fees and $1,076.96 in costs, it is

      **ORDERED AND ADJUDGED** that the Plaintiff Manuel DeJesus's motion for a default judgment is granted in part and denied in part; that the motion is granted as to the Plaintiff's FLSA and NYLL overtime and minimum wage claims, as well as the Plaintiff's NYLL wage

statement cause of action; that the Plaintiff's motion is denied with respect to his NYLL spread of hour claim; that the Plaintiff's claims against Defendant Jose Flores are dismissed without prejudice; that the Plaintiff Manuel DeJesus is awarded a total judgment of $153,961.82 as against the defaulting Defendants Sea Crest Diner-Restaurant, Sea Crest Palace Diner Inc., and Pedro Ferofino.

Dated:   Central Islip, New York
        December 19, 2018

                                  DOUGLAS C. PALMER
                                  CLERK OF THE COURT
                     By:   /s/ James J. Toritto
                                  Deputy Clerk